**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ANGELO R. M.,              ) | |
|              ) | |
|   **Plaintiff,**         ) | |
|              ) | |
|   **v.**              ) | **CIVIL NO. 3:19cv853-REP** |
|              ) | |
| ANDREW M. SAUL,     ) | |
| Commissioner of Social Security,   ) | |
|              ) | |
|   **Defendant.**        ) | |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on December 7, 2020 (ECF No. 17). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)   The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)   Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.

(3)   Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED.

(4)   The decision of the Commissioner is AFFIRMED.

(5)   This case is CLOSED.

It is so ORDERED.

                          /s/

                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: December 30, 2021